E-FILED
Wednesday, 12 September, 2018 02:06:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES D. HAWKINS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-02074-JES-EIL |
| ) | |
| NANCY BERRYHILL, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND OPINION

This matter is now before the Court on an August 9, 2018 Report and Recommendation [17] from Magistrate Judge Long. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have failed to raise timely objections, any such objections have been waived. *Id.*

The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. Plaintiff claims the ALJ erred in assessing Plaintiff's credibility with regard to his shoulder and back pain. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report and Recommendation [17] of the Magistrate Judge in its entirety. Plaintiff's Motion for Summary Judgment [12] is DENIED, and Defendant's Motion for Summary Judgment [15] is GRANTED.

This matter is now terminated.

Signed on this 12th day of September, 2018.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge